IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEVIN KELECHUKWU IHEGBE | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. JFM 00CV0107 |
| UNITED STATES OF AMERICA, et al. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION TO EXTEND TIME

By stipulation of the parties, Wicomico County shall have until April 18, 2000 to respond to Plaintiff's Complaint.

_____
MARK HERMAN
14 West Madison Street
Baltimore, Maryland 21201
Attorney for Plaintiff


ALLEN, JOHNSON, ALEXANDER
& KARP

BY: _____
KEVIN KARPINSKI
100 E. Pratt Street, Suite 1540
Baltimore, Maryland 21202
(410)727-5000
Attorneys for Wicomico County

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April, 2000, a copy of the foregoing Stipulation to Extend Time was mailed, first class, postage prepaid, to:

Janet Reno
Attorney General
Department of Justice 4400
10th and Connecticut Avenue, N.W.
Washington, D.C.  20530

Lynne Battaglia
United States Attorney for the
 District of Maryland
6625 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

_____
Of Counsel for Wicomico County

2