IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KEVIN IHEGBE              *
                          *
       v.                 *   Civil No. JFM-00-107
                          *
UNITED STATES OF AMERICA, et al.  *
                          *****

ORDER

Defendant Wicomico County has filed a motion to dismiss. Plaintiff has not filed a response to the motion. The motion appears meritorious since plaintiff has failed to allege an improper custom, policy, or practice on behalf of the county. Accordingly, it is, this 22nd day of June 2000

   ORDERED

   1. The motion to dismiss filed by defendant Wicomico County is granted; and

   2. This case is dismissed as to Wicomico County only.

_____
J. Frederick Motz
United States District Judge