UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

June 22, 2000

Memo to Counsel Re: Kevin Ihegbe v. United States of America, et al.
Civil No. JFM-00-107

Dear Counsel:

I am in receipt of Mr. Karpinski's letter dated June 15, 2000, and Ms. Davis' letter dated June 19, 2000.

Enclosed please find an order I am entering today granting the motion to dismiss filed by Wicomico County and dismissing the case as to Wicomico County only.

I ask Ms. Davis to provide me with further status report on or before July 24, 2000.

Very truly yours,

J. Frederick Motz
United States District Judge

